```
                                        FILED IN THE
                                        UNITED STATES
                                        BANKRUPTCY COURT
Kevin R. Anderson , Bar #4786           2008 SEP -3 PM 3: 18
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600        DISTRICT OF UTAH
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:   SHERILYN JAEGER-MERCADO | Case No. 03C-41201 |
|---|---|
|  | Chapter 13 |
|  | JUDGE GLEN E. CLARK |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON , the duly appointed acting, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| GC SERVICES LTD. PARTNERSHIP<br>6330 GULFTON<br>HOUSTIN, TX 77081 | $  119.81 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 119.81 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: 9/3/08

KEVIN R. ANDERSON ,
Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

     I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds, was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___3___ day of _September_, 2008 to the following parties at the addresses listed below:

SHERILYN JAEGER-MERCADO
3050 BANBURY ROAD
SALT LAKE CITY UT 84121-5248

THOMAS D. NEELEMAN, ESQ. LC
1904 WETMORE AVENUE, #200
EVERETT, WA 98201

_____
Employee of Office of
Standing Chapter 13 Trustee

Page 2
Case No. 03C-41201
Deposit of Unclaimed Funds
Prepared by: ML   (fg #156)