FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 JAN 14 PM 1:47

DISTRICT OF UTAH

Kevin R. Anderson, Bar # 4786
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>Sherilyn Jaeger-Mercado,<br><br>Debtor. | Case No. 03-41201<br><br>Chapter 13<br><br>Judge Glen E. Clark |
|---|---|

### DECLARATION OF TRUSTEE REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of perjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| GE Services LTD. Partnership<br>6330 Gulfton<br>Houston, TX 77081 | $8,089.11 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $8,089.11. This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: Jan. 14, 2009

Kevin R. Anderson, Esq.
Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

      I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, First-class, postage prepaid on the ____14____ day of ____Jan.____, 2009 to the following parties at the address listed below:

      SHERILY JAEGER-MERCADO
      3050 BANBURY ROAD
      SALT LAKE CITY, UT 84121

      THOMAS D. NEELEMAN, ESQ.
      1904 WETMORE AVENUE, # 200
      EVERETT, WA 98201

                                                                   _____
                                                                   Employee of Office of
                                                                   Standing Chapter 13 Trustee