Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah  84003
Telephone:  (801) 770-4628
EMAIL: rkmesq@gmail.com

Attorney for Claimant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| | |
|---|---|
| In re: | ) Case No. 03-41201 |
| | ) |
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
| | ) |
| Debtor, | ) JUDGE GLEN E. CLARK |

## APPLICATION FOR UNCLAIMED FUNDS

GE Services, LP, (GES), a Delaware Limited Partnership, by and through counsel, hereby petitions the Court for $8,089.11 being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, and in support thereof states as follows:

1.      Petitioner is a creditor in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner.

2.      The records of the court indicate that the original dividend check was mailed to the office address of 6330 Gulfton, Houston, TX 77081 and was slightly inacurately addressed to "GE Services LTD. Partnership." However, the name and the address were fundamentally correct, except that the address is missing the addition of Suite Number 300. It is unclear to the petitioner why petitioner would not have received the original check as mailed. But unfortunately, petitioner did not receive it.

3.      The petitioner's current mailing address is:

GE Services, LP
C/O The Law Offices of Ross K. Moore

125 E Main Street #514
American Fork, UT 84003

4.    A proposed Order to Pay Unclaimed Funds and a notarized certification of

petitioner's Senior Vice President for Operations and Finance accompany this Application.

Respectfully submitted,

LAW OFFICES OF ROSS K. MOORE

Ross K. Moore, Esq.

Ross K. Moore, Esq.
Attorney for Claimant

I hereby certify that on August 25, 2011, I mailed a true and correct copy of this application for unclaimed funds to:

United States Attorney

185 South State Street, Suite 400

Salt Lake City, Utah 84111

Chapter 13 Trustee Kevin R. Anderson

405 South Main Street, Suite 600
Salt Lake City, UT 84111

LAW OFFICES OF ROSS K. MOORE

Ross K. Moore, Esq.
Attorney for Claimant

Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah  84003
Telephone:  (801) 770-4628
EMAIL: rkmesq@gmail.com

Attorney for Claimant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| In re: | ) Case No. 03-41201 |
| | ) |
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
| | ) |
| Debtor, | ) JUDGE GLEN E. CLARK |

CERTIFICATION OF MARK A. SCHORDOCK

| STATE OF TEXAS | ) |
| | ) § |
| COUNTY OF HOUSTON | ) |

Mark A. Schordock, being first duly sworn, certifies the following to be true and correct:

1.  I am a citizen of the United States of America over the age of 18 years.

2.  I reside in Houston County, State of Texas.

3.  I am the Senior Vice President for Operations and Finance of GE Services, LP, (GES), a creditor in the above referenced bankruptcy proceeding.

4.  I have personal knowledge of all documents, records, and information associated with accounts the above named Debtor had with GES, and the unclaimed funds GES is claiming are lawfully due to GES.

5.  The records of the court indicate that the original dividend check was mailed to the office address of 6330 Gulfton, Houston, TX 77081 and was slightly inacurately addressed to "GE Services LTD. Partnership." However, the name and the address were fundamentally correct,

except that the address is missing the addition of Suite Number 300. It is unclear to the me why

GES would not have received the original check as mailed. But unfortunately, GES did not

receive it.

6.    GES has retained the Law Offices of Ross K. Moore to assist in obtaining the unclaimed

funds.

Dated this 20th day of August, 2011.

_____
Mark A. Schordock
SVP for Operations and Finance, GE Services, LP
(PETITIONER)

SUBSCRIBED AND SWORN to before me this _____ day of _____ , 2011

Witness my Name and My Seal:

_____
Notary Public



JERRI B. JACOBSON
Notary Public
STATE OF TEXAS
My Comm. Exp. May 1, 2012





Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah  84003
Telephone:  (801) 770-4628
EMAIL: rkmesq@gmail.com

Attorney for Claimant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| | |
|---|---|
| In re: | ) Case No. 03-41201 |
| | ) |
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
| | ) |
| Debtor, | ) JUDGE GLEN E. CLARK |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to GE Services , in the amount of $8,774.59 was

not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11

U.S.C. §347 and an unclaimed money report was filed to close the account and transfer the

monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Long Beach Mortgage Company, LLC, by and through counsel,

now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,774.59,

to Long Beach Mortgage Company C/O The Law Office of Ross K. Moore.

Dated this _____ day of _____, 2011.

_____
Honorable Judge of the Bankruptcy Court