Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah 84003
Telephone: (801) 770-4628
EMAIL: rkmesq@gmail.com

Attorney for Claimant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| In re: | ) Case No. 03-41201 |
|---|---|
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
| Debtor, | ) JUDGE GLEN E. CLARK |

AFFIDAVIT OF CORPORATE SECRETARY

STATE OF TEXAS        )
                      ) §
COUNTY OF HARRIS      )

Melanie Miller, being first duly sworn, certifies the following to be true and correct:

1. I am a citizen of the United States of America over the age of 18 years.

2. I reside in Harris County, State of Texas.

3. I am the Corporate Secretary for GE Services, LP (GES), a creditor in the above referenced bankruptcy proceeding.

4. I maintain and have personal knowledge of all documents, records, and information associated with the corporate governance of GES.

5. The EIN Tax ID number for GES is 45-3660431.

6. The Certificate of Resolution (Authorization of the Board of Directors to Seek Unclaimed Funds) attached to this Affidavit was properly and duly executed in my presence and bears the true signatures of the members of GES's Board of Directors

Dated this 19th day of October, 2011.



_____
Melanie Miller
Corporate Secretary for GE Services, LP
(PETITIONER)


SUBSCRIBED AND SWORN to before me this 19th day of October, 2011

Witness my Name and My Seal:

_____
Notary Public

JERRI B. JACOBSON
Notary Public
STATE OF TEXAS
My Comm Exp May 1, 2012

## CERTIFICATE OF RESOLUTION

## AUTHORIZATION OF BOARD OF DIRECTORS TO SEEK UNCLAIMED FUNDS

The undersigned, being all the Directors of GE Services, LP (GES) hereby certify that the following is a true and correct copy of a resolution adopted at the request of Mark A. Schordock, SVP for Operations and Finance on October 19, 2011, and that the resolution is in full force and effect and has not been revoked:

WHEREAS, the Board of Directors deems it advisable and in the best interests of GES to seek to recover any and all money legally owed to GES, to include any funds being held by a court or government entity for the benefit of GES:

WHEREAS, the Board of Directors have previously delegated all the fiduciary and managment responsibilities and powers customary to a SVP for Finance and Operations of the Company in Mark A. Schordock without reservation:

NOW, THEREFORE, IT IS HEREBY RESOLVED that Mark A. Schordock, in his capacity as SVP for Finance and Operations for GES, is the properly authorized officer of GES to seek the recovery of money being help as unclaimed funds owed to GES. He is hereby expressly authorized and directed to take all proper steps, including retaining outside counsel for the purpose of recovering said funds wherever they may be held.

IN WITNESS WHEREOF, we have hereunto subscribed our names as members of the Board of Directors of GES:

_____
Jared Underwood, Director

_____
Michael P. Ellis, Director

_____
Marcel Montferrand, Director

_____
Larry C. Henson, Director

_____
David R. Rogalski, Director

_____
Jeffrey S. Crawford, Director

# SPECIFIC LIMITED POWER OF ATTORNEY

EFFECTIVE DATE:

October 19, 2011

EFFECTIVE PLACE OF EXECUTION:

Harris County, State of Texas

PRINCIPAL:

GE Services, LP

AGENT (ATTORNEY-IN-FACT):

Ross K. Moore
The Law Offices of Ross K. Moore
125 E Main Street #514
American Fork, UT 84003

***WHEREAS***, I, Mark A. Schordock, Senior Vice-President for Operations and Finance for GE Services, LP (GES) have been duly authorized and directed by the Board of Directors of GES to take all necessary steps to recover funds legally owed to GES being held as unclaimed funds, to include hiring outside legal counsel to pursue such funds:

***WHEREAS,*** I have previously retained the Law Offices of Ross K. Moore to pursue such funds on behalf of GES:

***NOW, THEREFORE, I HEREBY AUTHORIZE AND GRANT POWERS TO*** Ross K. Moore of the Law Offices of Ross K. Moore to act as AGENT and ATTORNEY-IN-FACT of GES for the specific and limited purposes of pursuing such unclaimed funds, making application to recover any such funds, taking any necessary and legally required steps to recover such funds, and receive payment of such funds for, and on behalf of GES.

**No Authority to Delegate the Foregoing Powers are Granted in this Power of Attorney.**

**No Successor Agent is Authorized by this Power of Attorney.**

**Right to Compensation.** The Law Offices of Ross K. Moore shall be entitled to reasonable compensation for services rendered as agent under this power of attorney, as previously agreed upon in the previously executed retainer agreement between GES and the Law Offices of Ross K. Moore.

**Choice of Law.** This power of attorney will be governed by the laws of the state of Utah without regard for conflicts of laws principles. While it was executed in the state of Texas, it is intended to be valid in all jurisdictions of the United State of America and all foreign nations.

I am fully informed as to all the contents of this form and understand the full import of this grant of powers to my Agent.

I agree that any third party who receives a copy of this document may act under it.

Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

_____
Mark A. Schordock
SVP, Operations and Finance
GE Services, LP

## NOTARY ACKNOWLEDGMENT

STATE OF TEXAS            )

COUNTY OF HARRIS    )

SUBSCRIBED AND SWORN TO before me this 19th Day of October, 2011

WITNESS my hand and official seal.



_____
Notary Public

Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah 84003
Telephone: (801) 770-4628
EMAIL: rkmesq@gmail.com

Attorney for Claimant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| In re: | ) Case No. 03-41201 |
|---|---|
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
| Debtor, | ) JUDGE GLEN E. CLARK |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to GE Services, LP, in the amount of $8,089.11 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that GE Services, LP, by and through counsel, now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,089.11, to GE Services, LP, C/O The Law Office of Ross K. Moore.

Dated this _____ day of _____, 2011.

_____
Honorable Judge of the Bankruptcy Court

Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah 84003
Telephone: (801) 770-4628
EMAIL: rkmesq@gmail.com

Attorney for Claimant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| In re: | ) Case No. 03-41201 |
|---|---|
| | ) |
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
| | ) |
| Debtor, | ) JUDGE GLEN E. CLARK |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to GE Services, LP, in the amount of $8,089.11 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that GE Services, LP, by and through counsel, now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,089.11, to GE Services, LP, C/O The Law Office of Ross K. Moore.

Dated this _____ day of _____, 2011.

_____
Honorable Judge of the Bankruptcy Court



