**The below described is SIGNED.**

(ts)

**Dated: November 07, 2011**

*William J. Thurman*
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

Ross K. Moore, #09327
LAW OFFICES OF ROSS K. MOORE
125 E. Main # 514
American Fork, Utah  84003
Telephone:  (801) 770-4628

Attorney for Claimant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| In re: | ) Case No. 03-41201 |
|---|---|
|  | ) |
| SHERILYN JAEGER-MERCADO, | ) Chapter 13 |
|  | ) |
| Debtor, | ) JUDGE GLEN E. CLARK |

ORDER TO PAY UNCLAIMED FUNDS

  It appearing that the check made payable to GE Services, LP, in the amount of $8,089.11 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

  It further appearing that GE Services, LP, by and through counsel, now claims the above monies in the petition attached hereto,

  IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,089.11, to GE Services, LP,  C/O The Law Office of Ross K. Moore.

  Dated this _____ day of _____, 2011.

_____
Honorable Judge of the Bankruptcy Court