**The below described is SIGNED.**

**Dated: November 21, 2011**

*William J. Thurman*
WILLIAM T. THURMAN
U.S. Bankruptcy Chief Judge



___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re : | Bankruptcy Case No. **03-41201** |
| **Sherilyn Jaeger-Mercado,** : | Chapter 13 |
| : | |
| Debtor. | |

**ORDER VACATING ORDER TO PAY
UNCLAIMED FUNDS**

Pursuant to Bankruptcy Rule 9024, the Court hereby sua sponte vacates that Order To Pay Unclaimed Funds which was entered by the Court on November 7, 2011 as Docket No. 133.

DATED this 21st day of November, 2011.

**SERVICE LIST**

Ross K. Moore
Law Offices of Ross K. Moore
125 East Main St., #524
American Fork, UT 84003