### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re : | Bankruptcy Case No. **03-41201** |
| **SHERILYN JAEGER-MERCADO,** : | Chapter 13 |
| : | |
| Debtor. | |

### NOTICE OF HEARING ON APPLICATION
### FOR UNCLAIMED FUNDS

**NOTICE** is hereby given that a hearing on the Application for Unclaimed Funds filed by GE Services, LP will come on for hearing on the **5th *day of January, 2012*** at the hour of *2:00 o'clock p.m.*, before the Honorable William T. Thurman, Chief Judge, United States Bankruptcy Court for the District of Utah, in his Courtroom at 350 South Main Street, Rm 376, Salt Lake City, Utah.

Dated this 22nd day of November, 2011.

*/s/ Thora Searle*
Thora Searle
Judicial Assistant to
William T. Thurman, Chief Judge
United States Bankruptcy Court for the
District of Utah

## Service List

GE Services, LP
c/o The Law Offices of Ross K. Moore
125 East Main St., #514
American Fork, UT 84003

United States Attorney
185 South State St., Suite 400
Salt Lake City, UT 84111

Kevin R. Anderson
Chapter 13 Trustee
405 South Main St., #600
Salt Lake City, UT 84111

United States Trustee
405 South Main Street, #300
Salt Lake City, UT 84111