**The below described is SIGNED.**

**Dated: January 12, 2012**

*William J. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## IN THE CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| **SheriLyn Jaeger-Mercado** | Bankruptcy Number 03-41201 |
| Debtor. | Chapter 13 |

### ORDER DENYING APPLICATION TO PAY UNCLAIMED FUNDS

On January 5, 2012, the Court conducted a hearing on the Application to Pay Unclaimed Funds filed by Ross K. Moore on behalf of GE Services, LP ("Application"). Laurie Cayton appeared for the United States Trustee. There was no appearance by Ross K. Moore on behalf of GE Services, LP.

Based upon the representations of the United States Trustee and for failure to comply with Local Rule 9073-1, it is hereby **ORDERED** that the Application is **DENIED**.

_____End of Document_____

# SERVICE LIST

Service of the foregoing **ORDER DENYING APPLICATION TO PAY UNCLAIMED FUNDS** will be effected through the Bankruptcy Noticing Center to each party listed below.

GE Services, LP
c/o The Law Offices of Ross K. Moore
125 East Main Street #514
American Fork, UT 84003

United States Attorney
185 South State Street
Suite 400
Salt Lake City, UT 84111

Kevin R. Anderson
Chapter 13 Trustee
405 South Main Street
Suite 600
Salt Lake City, UT 84111

Laurie A. Cayton
United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111